AMERICAN MORTGAGE COMPANY, Plaintiff, *v.* MERRICK CONSTRUCTION COMPANY et al., Defendants.

GEORGE M. SMITH, Appellant; YELLOW PINE COMPANY, Respondent.

*American Mortgage Co.* v. *Merrick Constr. Co.*, 120 App. Div. 150, affirmed.

(Argued November 18, 1907; decided December 3, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 7, 1907, which reversed an order of Special Term confirming the report of a referee in surplus money proceedings.

*Albert R. Hager* for appellant.

*James A. C. Johnson* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.